UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH GENTILE,

        Petitioner,

v.                                         21-CV-1095 (JLS) (MJR)

SUPERINTENDENT LATONA and
NEW YORK STATE BOARD OF
PAROLE,

        Respondents.
_____

## DECISION AND ORDER

Petitioner Joseph Gentile commenced this proceeding on October 6, 2021, when he filed a petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. Dkt. 1. Gentile's petition claims that he was granted "parole-release" by the New York State Board of Parole, but the superintendent of Collins Correctional Facility refused to release him to parole supervision. *See generally* Dkt. 1. On October 4, 2022, this Court referred the case to United States Judge Michael J. Roemer for all proceedings under 18 U.S.C. § 636(b)(1)(B) and (C). Dkt. 59.

Presently before the Court is Judge Roemer's Report and Recommendation ("R&R") (Dkt. 71) addressing Gentile's letter (Dkt. 67) requesting that he be permitted to withdraw his habeas petition and release his counsel of record.[1] Based

---

[1] As outlined more fully in Judge Roemer's R&R, the parties—including Petitioner's subsequently retained counsel Frank Bogulski—were litigating Respondents'

on the lack of objections from Respondents and Gentile, the R&R recommends that Gentile's request to withdraw should be accepted and the matter dismissed without prejudice. *See generally* Dkt. 71. Neither party filed objections to the R&R, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). It must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1): Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Roemer's R&R and the relevant record. The Court accepts and adopts Judge Roemer's recommendation to grant Gentile's motion to withdraw his habeas corpus petition and dismiss this action without prejudice.

---

motion to dismiss (Dkt. 38) for failure to exhaust when Gentile filed his letter. After receiving the letter, Judge Roemer issued a text order confirming receipt of Gentile's request and cautioning Gentile that discontinuation of the action could result in his being time-barred from pursuing further federal habeas corpus relief concerning this conviction. Dkt. 68. Judge Roemer provided a period of over thirty days for Gentile to notify the Court that he did not want to withdraw the petition. *Id.* No further communication from Gentile was received.

2

For the reasons stated above and in the R&R, Gentile's motion to withdraw the petition (Dk. 67) is granted. This action is dismissed without prejudice. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  February 13, 2023
        Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE